**H. E. SASSNETT and JOHN SASSNETT, v. STATE OF FLORIDA**

23 So. (2nd) 722                                    June Term, 1945
November 2, 1945                                    Division B
Rehearing denied Dec. 3, 1945

*J. Harry Schad,* for appellants.

*J. Tom Watson,* Attorney General, and *Reeves Bowen,* Assistant Attorney General, for appellee.

PER CURIAM:

Affirmed.

CHAPMAN, C. J., TERRELL, BUFORD, THOMAS, ADAMS and SEBRING, JJ., concur.

BROWN, J., dissents.